UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3 <br><br> Plaintiff, <br><br> -against- <br><br> UBS REAL ESTATE SECURITIES INC. <br><br> Defendants. | Civ. No. <br><br> **RULE 7.1 DISCLOSURE STATEMENT FOR PLAINTIFF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs MASTR Adjustable Rate Mortgages Trust 2006-OA2; MASTR Adjustable Rate Mortgages Trust 2007-1; and MASTR Adjustable Rate Mortgages Trust 2007-3 (the "2007-3 Transaction") (collectively, the "Trusts"), acting through U.S. Bank National Association, solely in its capacity as Trustee ("Trustee") for the Trusts, certifies that:

(1)  MASTR Adjustable Rate Mortgages Trust 2006-OA2 has no parent corporation, and there is no publicly held corporation that owns 10% or more of MASTR Adjustable Rate Mortgages Trust 2006-OA2's stock;

(2)  MASTR Adjustable Rate Mortgages Trust 2007-1 has no parent corporation, and there is no publicly held corporation that owns 10% or more of MASTR Adjustable Rate Mortgages Trust 2007-1's stock;

(3)  MASTR Adjustable Rate Mortgages Trust 2007-3 has no parent corporation, and there is no publicly held corporation that owns 10% or more of MASTR Adjustable Rate Mortgages Trust 2007-3's stock; and

(4)  U.S. Bank National Association's parent corporation is U.S. Bancorp, and there is no other publicly held corporation that owns 10% or more of U.S. Bank National Association's stock.

Dated: New York, New York
September 28, 2012

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By: _____
Philippe Z. Selendy
(philippeselendy@quinnemanuel.com)
Adam M. Abensohn
(adamabensohn@quinnemanuel.com)
Nicholas F. Joseph
(nicholasjoseph@quinnemanuel.com)

51 Madison Avenue, 22nd Floor
New York, New York  10010
(212) 849-7000

*Attorneys for Plaintiff U.S. Bank National
Association, as Trustee for MASTR
Adjustable Rate Mortgages Trust 2006-OA2,
MASTR Adjustable Rate Mortgages Trust
2007-1, and MASTR Adjustable Rate
Mortgages Trust 2007-3*

3