UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3,<br><br>                   Plaintiffs,<br><br>      - against -<br><br>UBS REAL ESTATE SECURITIES INC.,<br><br>                  Defendant. | 12-cv-7322 (HB)(JCF) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant UBS Real Estate Securities Inc, by its undersigned counsel, states as follows:

UBS Real Estate Securities Inc. is a wholly-owned subsidiary of UBS AG. UBS AG is a publicly-held company whose shares are traded on the SIX Swiss Exchange and the New York Stock Exchange. No publicly-traded entity owns 10% or more of the stock of UBS AG.

Dated: October 9, 2012

                                                  Respectfully submitted,

                                                /s/ Jay B. Kasner
                                                Jay B. Kasner
                                                Scott D. Musoff
                                                SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                                Four Times Square
                                                New York, New York 10036
                                                (212) 735-3000
                                                jay.kasner@skadden.com
                                                scott.musoff@skadden.com

                                                *Attorneys for Defendant UBS Real Estate*
                                                  *Securities Inc.*