UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3.<br><br>Plaintiff,<br><br>vs.<br><br>UBS REAL ESTATE SECURITIES, INC.,<br><br>Defendant. | Civil Civ. Action No. 12-cv-7322 |

### DECLARATION OF JUDITH L. SPANIER IN SUPPORT OF MOTION OF CERTIFICATEHOLDERS, ALEXANDER BAKAL, DAVID AND SANDRA VISHER, AND ESM FUND I, LP TO INTERVENE AS PLAINTIFFS

Judith L. Spanier declares, under penalty of perjury:

1. I am a member of Abbey Spanier Rodd & Abrams, LLP, counsel for intervening Plaintiffs Alexander Bakal, David Visher and Sandra Visher, and ESM Fund I, LP ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Motion to Intervene pursuant to Fed.R.Civ.P. 24(a)(2) and 24(b)(1)(B).

2. Attached hereto as Exhibit A is an unsigned and unverified version of Plaintiffs' proposed Complaint in Intervention.

3. Attached hereto as Exhibit B is a true and accurate copy of the Court's March 29, 2011 Opinion and Order in *Wells Fargo, N.A.* v. *ESM Fund I, L, et. al.,* 10 Civ. 7332 (LBS) (S.D.N.Y.).

4. Attached hereto as Exhibit C is a true and accurate copy of a July 25, 2012 email from to Diane Reynolds of U.S. Bank to Intervention Plaintiff Bakal.

5. Attached hereto as Exhibit D is a true and accurate copy of the October 10, 2012 Notice To Investors of the September 28, 2012 filing of the action captioned "Mastr Adjustable Rate Mortgages Trust 2006-0A2, *et al.,* v. UBS Real Estate Securities, Inc." in the Southern District of New York, 12 CV 7322 (HB). That action was filed as a related action to *Assured Guaranty Municipal Corp. v. UBS Real Estate Securities, Inc*, 12 CV 1579 (HB).

6. Attached hereto as Exhibit E is a true and accurate list of Quinn Emanuel Urquhart & Sullivan LLP ("Quinn Emanuel") representations.

DATED: October 15, 2012                         /Judith L. Spanier
                                                Judith L. Spanier