UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2006-OA2, MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-1, AND MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-3,                                                      12-Civ-7322 (HB) (JCF)

        Plaintiffs,                                                          ECF Case

    -against-

UBS REAL ESTATE SECURITIES INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### Declaration of Laura Cawley in Support of Trustee U.S. Bank's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence

Pursuant to 28 U.S.C. § 1746, Laura Cawley hereby declares under penalty of perjury as follows:

1. I am an employee of U.S. Bank National Association ("Trustee") and respectfully submit this declaration in support of Trustee's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence.

2. ███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████ ██████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

███████████████████████████████████████
████████████████████

3. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

4. ███████████████████████████████████
████████████████████████

5. ███████████████████████████████████
██████████████████████

6. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████

Executed on July 12, 2013.

_____
Laura Cawley