UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2006-OA2, MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-1, AND MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-3,                                                   12-Civ-7322 (HB) (JCF)

        Plaintiffs,                                        **ECF Case**

  -against-

UBS REAL ESTATE SECURITIES INC.,

        Defendant.

------------------------------------x

**Declaration of Diane Reynolds in Support of Trustee U.S. Bank's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence**

Pursuant to 28 U.S.C. § 1746, Diane Reynolds hereby declares under penalty of perjury as follows:

1. I am an employee of U.S. Bank National Association ("Trustee") and respectfully submit this declaration in support of Trustee's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence.

2. [REDACTED]

3. [REDACTED]

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████

4. █████████████████████████████████████
████████████████████████

5. █████████████████████████████████
████████████████████████

6. ████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████

7. ████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
█████████████████████████████████████
████████████████████████████

Executed on July 12, 2013.        _____
                                  Diane Reynolds