UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2006-OA2, MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-1, AND MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-3,                                              12-Civ-7322 (HB) (JCF)

        Plaintiffs,                                 ECF Case

    -against-

UBS REAL ESTATE SECURITIES INC.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### Declaration of Toby Robillard in Support of Trustee U.S. Bank's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence

Pursuant to 28 U.S.C. § 1746, Toby Robillard hereby declares under penalty of perjury as follows:

1. I am an employee of U.S. Bank National Association ("Trustee") and respectfully submit this declaration in support of Trustee's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence.

2. ████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████

3. ███████████████████████████████████████
███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████

4. ███████████████████████████████
███████████████████

5. ███████████████████████████████████
█████████████████

6. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
█████████████████

Executed on July 12, 2013.                    *Toby Robillard* (signature)
                                              Toby Robillard