UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2006-OA2, MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-1, AND MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-3,                                    12-Civ-7322 (HB) (JCF)

       Plaintiffs,                     **ECF Case**

   -against-

UBS REAL ESTATE SECURITIES INC.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### Declaration of Nicolas Valaperta in Support of Trustee U.S. Bank's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence

Pursuant to 28 U.S.C. § 1746, Nicolas Valaperta hereby declares under penalty of perjury as follows:

1. I am an employee of U.S. Bank and respectfully submit this declaration in support of Trustee's Opposition to UBS's Motion for Sanctions for Spoliation of Evidence.

2. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████████

3. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████

4.  ████████████████████████████████████
████████████████████████████████

5.  ████████████████████████████████████
████████████████████████████

6.  ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████

7.  ████████████████████████████████████
████████████████████████████████████████
████████████████████████████

8.  ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████

Executed on July 12, 2013.

_____
Nicolas Valaperta