# ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Tel: 612-349-8500 Fax: 612-339-4181
www.rkmc.com

**ATTORNEYS AT LAW**

Michael A. Collyard
MACollyard@rkmc.com
612-349-0975

**MEMO ENDORSED**

July 12, 2013

*Hand Delivered*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/13

The Honorable James C. Francis IV
United States Magistrate Judge
500 Pearl Street, Courtroom 18D
New York, NY 10007

Re: MASTR Adjustable Rate Mortgages Trust 2006-OA2, et al. v.
UBS Real Estate Securities, Inc.
Court File No. 12-cv-7322 (HB)(JCF)

Dear Judge Francis:

We represent U.S. Bank National Association as Trustee in the above-referenced matter. For the reasons discussed below, we write to request permission to file under seal Trustee U.S. Bank's Memorandum of Law in Opposition to UBS's Motion for Imposition of Sanctions for Spoliation of Evidence, as well as the Declarations of Nicolas Valaperta, Toby Robillard, Diane Reynolds and Laura Cawley in support of the Memorandum. The papers were filed today in redacted form via ECF. We also enclose unredacted courtesy copies.

These documents were filed in redacted form because they contains or reference material that has been designated as "Confidential" by Assured Guaranty Municipal Corp. ("Assured") or Trustee in the above-captioned action pursuant to the Stipulation and Order for the Production and Exchange of Confidential and Highly Confidential Information between UBS RESI and Assured (12-cv-01579 Dkt. 40), or the Stipulation and Amended Order for the Production and Exchange of Confidential and Highly Confidential Information between UBS RESI, Assured and Plaintiffs (Dkt. 64). Accordingly, Trustee respectfully requests that the unredacted version of the Memorandum of Law in Opposition to UBS's Motion for Imposition of Sanctions for Spoliation of Evidence and accompanying Declarations be permitted to be filed under seal.

July 12, 2013  
Page 2

*By Facsimile*  
(212) 805-7930

Sincerely,

[signature]

Michael A. Collyard

cc: All Counsel (by email)

7/15/13

Application granted.
SO ORDERED.

James C. Francis IV
USMJ