MEMO ENDORSED

# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

---

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-7852
DIRECT FAX
(917) 777 7852
EMAIL ADDRESS
SCOTT.MUSOFF@SKADDEN.COM

August 29, 2013

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/13

**BY FACSIMILE**

Hon. James C. Francis IV
United States Magistrate Judge
500 Pearl Street, Courtroom 18D
New York, New York 10007

RE:   *MASTR Adjustable Rate Mortgages Trust 2006-OA2, et al.
       v. UBS Real Estate Securities Inc.*, 12-cv-7322 (HB)(JCF)

Dear Judge Francis:

We represent UBS Real Estate Securities Inc. ("UBS RESI") in the above-referenced matter. We write to inform the Court that while the parties continue to meet-and-confer on an overall schedule, plaintiff U.S. Bank National Association has consented to a two-week extension of the time for UBS RESI to answer the complaint from August 29 to September 12, 2013. No previous request for an extension of this deadline has been made.

Respectfully,

Scott D. Musoff

cc: Sean Baldwin, Esq. (by e-mail)

8/29/13
Application granted.
SO ORDERED.
James C. Francis IV
USMJ