UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3, <br><br> Plaintiffs, <br><br> -against- <br><br> UBS REAL ESTATE SECURITIES INC., <br><br> Defendant. | 12 Civ. 7322 (PKC) |

### DECLARATION OF SEAN P. BALDWIN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF WILLIAM GREENE

I, Sean P. Baldwin, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiffs in the above-captioned matter, and am a member in good standing of the bar of New York and this Court.

2. I respectfully submit this declaration in support of Plaintiffs' Motion to Exclude Certain Testimony of William Greene.

3. Unless otherwise specified, I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify to such facts under oath. I am familiar with the matters set forth in this declaration based on my personal knowledge and/or a review of the files in the possession of my firm.

4. Attached as Exhibit 1 is a true and correct copy of the Third Supplemental Expert Report of Ira H. Holt, Jr., dated August 7, 2015.

5. Attached as Exhibit 2 is a true and correct copy of the Rebuttal Expert Report of William H. Greene, Ph.D., dated January 12, 2016.

6. Attached as Exhibit 3 is a true and correct copy of the deposition transcript of William H. Greene, taken on May 20, 2014.

7. Attached as Exhibit 4 is a true and correct copy of excerpts from the Third Edition of the Reference Manual on Scientific Evidence, dated 2011.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of January, 2016 in New York, New York.

By:     /s/ *Sean P. Baldwin*
           Sean P. Baldwin