UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3, <br><br>          Plaintiffs, <br><br>     -against- <br><br> UBS REAL ESTATE SECURITIES INC., <br><br>          Defendant. | 12 Civ. 7322 (PKC) |

**NOTICE OF PLAINTIFFS' MOTION TO EXCLUDE CERTAIN TESTIMONY OF DEBORAH GRISSOM**

PLEASE TAKE NOTICE that Plaintiffs, by their attorneys, Quinn Emanuel Urquhart & Sullivan, LLP, upon the Declaration of Sean P. Baldwin, dated January 21, 2016, and the exhibits attached thereto; and Plaintiffs' Memorandum of Law in Support of Their Motion to Exclude Certain Testimony of Deborah Grissom, hereby move before this Court pursuant to Federal Rules of Civil Procedure 26 and 37(c) and Federal Rule of Evidence 702 for an Order excluding certain testimony of Defendant's expert, Deborah Grissom, and for such other and further relief as the Court may deem just and proper.

Dated: January 21, 2016                    Respectfully submitted,
New York, New York

                                            QUINN EMANUEL URQUHART
                                            & SULLIVAN, LLP

                                            By:   /s/ Sean P. Baldwin
                                                   David L. Elsberg
                                                   (davidelsberg@quinnemanuel.com)
                                                 Sean P. Baldwin
                                                 (seanbaldwin@quinnemanuel.com)
                                                 Andrew R. Dunlap
                                                 (andrewdunlap@quinnemanuel.com)
                                                 Nicholas F. Joseph
                                                 (nicholasjoseph@quinnemanuel.com)
                                                 Paul P. Hughes
                                                 (paulhughes@quinnemanuel.com)
                                                 Marlo A. Pecora
                                                 (marlopecora@quinnemanuel.com)
                                                 51 Madison Avenue, 22nd Floor
                                                 New York, New York 10010
                                                 Tel:  212-849-7000
                                                 Facsimile:  212-849-7100

                                                 Paul A. Riley
                                                 (paulriley@quinnemanuel.com)
                                                 865 S. Figueroa Street, 10th Floor
                                                 Los Angeles, California 90017
                                                 Tel: 213-443-3000
                                                 Facsimile:  213-443-3100

                                               *Attorneys for Plaintiffs*