UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MASTR ADJUSTABLE RATE MORTGAGES      :
TRUST 2006-OA2, MASTR ADJUSTABLE     :
RATE MORTGAGES TRUST 2007-1, AND     :   12-cv-7322 (PKC)
MASTR ADJUSTABLE RATE MORTGAGES      :
TRUST 2007-3,                        :   ECF Case
                                     :
                        Plaintiffs,  :   Electronically Filed
                                     :
           - against -               :
                                     :
UBS REAL ESTATE SECURITIES INC.,     :
                                     :
                        Defendant.   :
------------------------------------x

## DECLARATION OF ROBERT A. FUMERTON IN SUPPORT OF UBS REAL ESTATE SECURITIES INC.'S MOTIONS *IN LIMINE* NOS. 1-5

Robert A. Fumerton, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of this Court and the firm Skadden, Arps, Slate, Meagher & Flom LLP, attorneys for defendant UBS Real Estate Securities Inc. ("UBS RESI"). I submit this declaration in support of UBS RESI's (i) Motion *In Limine* No. 1; (ii) Motion *In Limine* No. 2 to Exclude the Expert Testimony of Ira H. Holt, Jr.; (iii) Motion *In Limine* No. 3 to Exclude the Expert Testimony of Nelson R. Lipshutz; (iv) Motion *In Limine* No. 4 to Exclude the Expert Testimony of Charles D. Cowan; and (v) Motion *In Limine* No. 5 to Exclude the Expert Testimony of Karl N. Snow.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Complaint filed in this action on September 28, 2012.

3. Attached hereto as <u>Exhibit B</u> is a true and correct redacted copy[1] of the Third Supplemental Expert Report of Ira H. Holt, Jr. dated August 7, 2015.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Third Supplemental Expert Report of Nelson R. Lipshutz, dated August 7, 2015.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Third Supplemental Expert Report of Charles D. Cowan, dated August 7, 2015.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Third Supplemental Expert Report of Karl N. Snow, dated August 7, 2015

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Supplemental Expert Report of Ira H. Holt, Jr. dated April 25, 2014.

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the deposition transcript of Ira H. Holt, Jr., dated April 18, 2014.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the Second Rebuttal Expert Report of Deborah Grissom, dated January 12, 2016.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the Rebuttal Expert Report of William H. Greene, Ph.D., dated January 12, 2016.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the Rebuttal Expert Report of Arnold Barnett, Ph.D., dated January 12, 2016.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the Pooling and Servicing Agreement for the MASTR Adjustable Rate Mortgages Trust 2006-OA2, dated as of October 1, 2006.

---

[1] A redacted version is being filed at the request of Plaintiffs, who received permission from the Court to file an unredacted version under seal. (*See* ECF No. 311.)

13. Attached hereto as Exhibit L is a true and correct copy of the transcript in *MBIA Insurance Company v. Credit Suisse Securities (USA) LLC*, Index No. 603751/2009 (Sup. Ct. N.Y. Cnty), dated May 24, 2012).

14. Attached hereto as Exhibit M is a true and correct copy of the transcript of oral argument in *MASTR Adjustable Rate Mortgages Trust 2006-OA2 v. UBS Real Estate Securities Inc.*, 12-cv-7322 (PKC), dated March 9, 2015.

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from the deposition of Karl N. Snow, dated November 16, 2015.

16. Attached hereto as Exhibit O is a true and correct copy of the Supplemental Report of Dr. Charles D. Cowan dated April 25, 2014.

17. Attached hereto is as Exhibit P is a true and correct copy of excerpts from the transcript of proceedings in *MASTR Adjustable Rate Mortgages Trust 2006-OA2 v. UBS Real Estate Securities Inc.*, 12-cv-7322 (S.D.N.Y.), dated August 21, 2013.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the Interagency Appraisal and Evaluation Guidelines, dated December 2, 2010.

19. Attached hereto as Exhibit R is a true and correct copy of APB Valuation Advisory #5, issued on August 14, 2013.

20. Attached hereto as Exhibit S is a true and correct copy of excerpts from the Uniform Standards of Professional Appraisal Practice, 2014-2015 Edition.

21. Attached hereto as Exhibit T is a true and correct copy of the deposition transcript of Nelson Lipshutz dated December 3, 2015.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts of the deposition transcript of Ira H. Holt dated December 14, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2016.

_____
Robert A. Fumerton