Jay B. Kasner
Scott D. Musoff
Robert A. Fumerton
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3, <br><br> Plaintiffs, <br><br> - against - <br><br> UBS REAL ESTATE SECURITIES INC., <br><br> Defendant. | 12-cv-7322 (PKC) <br><br> **ECF Case** <br><br> **Electronically Filed** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF UBS REAL ESTATE SECURITIES INC.'S MOTION *IN LIMINE* NO. 6 FOR AN ADVERSE INFERENCE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion *In Limine* No. 6 for an adverse inference; the Declaration of Robert A. Fumerton dated January 28, 2016, and exhibits annexed thereto; and all prior pleadings and proceedings had herein, Defendant UBS Real Estate Securities Inc. ("UBS RESI"), will move this Court, before the Honorable P. Kevin Castel, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time designated by the Court, for an Order (i) granting UBS RESI's Motion

*In Limine* No. 6 for an adverse inference; and (ii) for such other and further relief as this Court may deem just and proper.

Dated:   New York, New York
         January 28, 2016

                                                     /s/ Scott D. Musoff
                                                    Jay B. Kasner
                                                    Scott D. Musoff
                                                    Robert A. Fumerton
                                                    SKADDEN, ARPS, SLATE
                                                      MEAGHER & FLOM LLP
                                                    Four Times Square
                                                    New York, New York 10036
                                                    Phone:  (212) 735-3000
                                                    Fax:  (212) 735-2000
                                                    jay.kasner@skadden.com
                                                    scott.musoff@skadden.com
                                                    robert.fumerton@skadden.com

                                                    *Attorneys for Defendant UBS Real Estate
                                                      Securities Inc.*

TO:   Philippe Z. Selendy
      Quinn Emanuel Urquhart & Sullivan, LLP
      51 Madison Avenue, 22nd Floor
      New York, New York 10010-1601
      (212) 849-7000
      philippeselendy@quinnemanuel.com

      *Attorneys for Plaintiffs*