## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
(212) 735-2129
DIRECT FAX
(917) 777-2129
EMAIL ADDRESS
ROBERT.FUMERTON@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

April 22, 2016

**BY HAND DELIVERY**

Hon. P. Kevin Castel
United States District Judge
500 Pearl Street
New York, New York 10007

RE: *MASTR Adjustable Rate Mortgages Trust 2006-OA2, et al. v. UBS Real Estate Securities Inc.*, 12-cv-7322 (PKC)

Dear Judge Castel:

Enclosed please find a CD containing the Trial Declaration and exhibits thereto of Dr. William Greene, who UBS RESI intends to call at trial. We recently learned that the CD containing Dr. Greene's Declaration and exhibits submitted on April 4, 2016 inadvertently omitted Figure 9 from Dr. Greene's Expert Report, which is now included.

Respectfully,

Robert A. Fumerton

cc: all counsel (by email)