UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3, | |
| Plaintiffs, | 12 Civ. 7322 (PKC) |
| -against- | |
| UBS REAL ESTATE SECURITIES INC., | |
| Defendant. | |

### DECLARATION OF THOMAS A. BRIDGES IN SUPPORT OF PLAINTIFFS' MOTION TO PRECLUDE TESTIMONY ON THE MEANING OF CERTAIN PROVISIONS OF THE PSAS

I, Thomas A. Bridges, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1.     I am an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiffs in the above-captioned matter, and am a member in good standing of the bar of New York.

2.     I respectfully submit this Declaration in support of Plaintiffs' Motion to Preclude Testimony on the Meaning of Certain Provisions of the PSAs.

3.     Attached as Exhibit 1 is a true and correct (highlighted) copy of an excerpt from Mr. Lantz's 30(b)(6) Deposition on behalf of Defendant UBS Real Estate Securities, Inc. ("UBS"), in which counsel for UBS instructed Mr. Lantz not to answer any questions regarding the determinations of UBS's Loan Review Committee on grounds of privilege.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2016, in New York, New York.

By:    _____ /s/ *Thomas A. Bridges* _____
                Thomas A. Bridges