UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>UBS REAL ESTATE SECURITIES INC.,<br><br>                    Defendant. | 12 Civ. 7322 (PKC) |

## DECLARATION OF NICOLAS VALAPERTA

I, Nicolas Valaperta, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a Vice President of U.S. Bank National Association ("U.S. Bank").

2. Attached as Exhibit 1 is a true and correct copy of U.S. Bank's Amended and Restated Articles of Association ("the Articles of Association").

3. The second Article of the Articles of Association states that "the main office [of U.S. Bank]. . . shall be in the City of Cincinnati, County of Hamilton, State of Ohio." That Article was effective at the time the Trustee initiated this suit and remains effective today.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 9, 2016, in Chicago, IL.

By: _____
Nicolas Valaperta