UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3,<br><br>       Plaintiffs,<br><br>    -against-<br><br>UBS REAL ESTATE SECURITIES INC.,<br><br>       Defendant. | 12 Civ. 7322 (PKC) |

### DECLARATION OF SEAN P. BALDWIN IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

I, Sean P. Baldwin, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff in the above-captioned matter, and am a member in good standing of the bar of New York and this Court.

2. I respectfully submit this declaration in support of Plaintiff's Motion to Amend the Complaint.

3. Unless otherwise specified, I have personal knowledge of the facts set forth in this declaration, and, if called upon as a witness, I could and would testify to such facts under oath. I am familiar with the matters set forth in this declaration based on my personal knowledge and/or a review of the files in the possession of my firm.

4. Attached as Exhibit A is a true and correct copy of Plaintiff's proposed amended complaint.

1

5. Attached as Exhibit B is a true and correct copy of a redline of Plaintiff's proposed amended complaint against the Complaint filed on September 28, 2012.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of June, 2016 in New York, New York.

By: _____/s/ Sean P. Baldwin_____
Sean P. Baldwin