UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3,<br><br>　　　　　　　　Plaintiffs,<br><br>-against-<br><br>UBS REAL ESTATE SECURITIES INC.,<br><br>　　　　　　　　Defendant. | 12 Civ. 7322 (PKC)<br><br>**DECLARATION OF PAUL A. RILEY IN SUPPORT OF WITHDRAWAL** |

## DECLARATION OF PAUL A. RILEY

I, Paul A. Riley, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. Pursuant to Local Rule 1.4, I respectfully request leave to withdraw my appearance as counsel for Plaintiff U.S. Bank National Association, acting solely in its capacity as trustee of MASTR Adjustable Rate Mortgages Trust 2006-OA2, MASTR Adjustable Rate Mortgages Trust 2007-1, and MASTR Adjustable Rate Mortgages Trust 2007-3 in the above-captioned action.

2. I entered my appearance as counsel for Plaintiff on May 23, 2013.

3. As of July 2, 2016, I will no longer be employed by Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel").

4. Quinn Emanuel remains counsel for Plaintiff.

5. I am not asserting or retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of July, 2016 in Los Angeles, CA.

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Paul A. Riley*_____
　　　　　　　　　　　　　　　　　　　　　　　Paul. A. Riley