UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
MASTR ADJUSTABLE RATE MORTGAGES      :
TRUST 2006-OA2, MASTR ADJUSTABLE     :
RATE MORTGAGES TRUST 2007-1, AND     :   12-cv-7322 (PKC)
MASTR ADJUSTABLE RATE MORTGAGES      :
TRUST 2007-3,                        :
                                     :   **ECF Case**
            Plaintiffs,              :
                                     :   **Electronically Filed**
        - against -                  :
                                     :
UBS REAL ESTATE SECURITIES INC.,     :
                                     :
            Defendant.               :
------------------------------------- x

### DECLARATION OF SCOTT D. MUSOFF

Scott D. Musoff, under penalty of perjury pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of the Bar of this Court and the firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), attorneys for defendant UBS Real Estate Securities Inc. ("UBS RESI"). I submit this declaration in support of UBS RESI's Proposed Findings of Fact and Conclusions of Law filed in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct copy of the Opinion & Order, *Bank of New York Mellon v. WMC Mortg., LLC*, 12-cv-7096 (DLC) (S.D.N.Y.), dated August 18, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt of the RMBS Trust Settlement Agreement filed in *In re U.S. Bank N.A*, Index No. 652382/2014, filed August 3, 2014.

4.     Attached hereto as <u>Exhibit C</u> is a true and correct copy of an excerpt of the IRS General Instructions for Forms W-2 and W-3, dated January 5, 2016.

5.     Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Hon. Anthony J. Carpinello Report, dated May 27, 2014.

6.     Attached hereto as <u>Exhibit E</u> is a true and correct copy of the Notice of Appeal following the First Department Decision in *Bank of New York Mellon v. WMC Mortg., LLC*, 136 A.D.3d 1 (1st Dep't 2015), dated May 12, 2016.

7.     Attached hereto as <u>Exhibit F</u> is a true and correct copy of an excerpt of the deposition of John E. Lantz, dated February 5, 2014.

8.     Attached hereto as <u>Exhibit G</u> is a true and correct copy of the Expert Report of Alan Schwartz filed in *In re U.S. Bank N.A.*, Index No. 653902/2014, dated November 21, 2014.

9.     Attached hereto as <u>Exhibit H</u> is a true and correct copy of the Memorandum of Law in Support of Petitioners' First Amended Petition filed in *In re U.S. Bank, N.A.*, Index No. Index No. 653902/2014, dated July 10, 2015.

10.    Attached hereto as <u>Exhibit I</u> is a true and correct copy of the Petition filed in *In re U.S. Bank, N.A.*, Index No. 652382/2014, filed August 3, 2014.

11.    Attached hereto as <u>Exhibit J</u> is a true and correct copy of the United States Department of Justice, Executive Office for United States Trustees Public Report: Debtor Audits by the United States Trustee Program Fiscal Year 2014, dated March 2015.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2016.

/s/ Scott D. Musoff
Scott D. Musoff