UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3,<br><br>                Plaintiffs,<br><br>       -against-<br><br>UBS REAL ESTATE SECURITIES INC.,<br><br>                Defendant. | 12 Civ. 7322 (PKC) |

### DECLARATION OF SEAN P. BALDWIN IN SUPPORT OF PLAINTIFF'S REPLY POST-TRIAL BRIEF

I, Sean P. Baldwin, submit this declaration pursuant to 28 U.S.C. § 1746 and declare as follows:

1. I am a partner of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, attorneys for Plaintiff in the above-captioned matter, and am a member in good standing of the bar of New York and this Court.

2. I respectfully submit this Declaration in support of Plaintiff's Reply Post-Trial Brief.

3. Attached as Appendix A is a true and correct copy of Plaintiff's response to Defendant's Appendix A attached to its Proposed Findings of Fact and Conclusions of Law, dated July 1, 2016.

4. Attached as Appendix B is a true and correct copy of Plaintiff's response to Defendant's Appendix B attached to its Proposed Findings of Fact and Conclusions of Law, dated July 1, 2016.

5. Attached as Exhibit 1 is a true and correct copy of selected excerpts from the deposition transcript of Karl N. Snow, Ph.D, taken on November 16, 2015.

6. Attached as Exhibit 2 is a true and correct copy of the Third Supplemental Expert Report of Dr. Charles D. Cowan, dated August 7, 2015.

7. Attached as Exhibit 3 is a true and correct copy of the Third Supplemental Expert Report of Karl N. Snow, Ph.D, dated August 7, 2015.

8. Attached as Exhibit 4 is a true and correct copy of the Corrected Rebuttal Expert Report of Michael P. Hedden, MAI, CRE, FRICS, dated January 14, 2016.

9. Attached as Exhibit 5 is a true and correct copy of selected excerpts from the transcript of the hearing held before Judge Scarpulla on March 25, 2015 in *Home Equity Mort. Trust Series 2006-1, et al. v. DLJ Mort. Capital, Inc.*, Index Nos. 653787/2012 and 156016/12 (N.Y. Sup. Ct. Mar. 25, 2015).

10. Attached as Exhibit 6 is a true and correct copy of selected excerpts from the transcript of the trial held before Judge Rakoff on October 12, 2012 in *Assured Guar. Mun. Corp. v. Flagstar Bank, FSB*, 11-CIV-2375 (S.D.N.Y. Oct. 12, 2012), Dkt. 113, during which Judge Rakoff overruled the defendant's hearsay objection to testimony from plaintiff's reunderwriting expert concerning the third-party data sources relied upon by the expert.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2016, in New York, New York.

By:    /s/ *Sean P. Baldwin*
       Sean P. Baldwin