UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
U.S. BANK, NATIONAL ASSOCIATION,
solely in its capacity as Trustee,

                      Plaintiff,                    12-cv-7322 (PKC)

    -against-

                                    ORDER ADOPTING MASTER'S
                                    REPORT AND RECOMMENDATION

UBS REAL ESTATE SECURITIES INC.,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Rule 53(f)(2), Fed. R. Civ. P., provides that a party may file objections to a Master's order, report, or recommendation no later than 21 days after a copy is served. This Court has appointed the Hon. Barbara S. Jones (ret.) to act as Master in this case. (Docket # 515.) The Order appointing Judge Jones noted that any party may object to or seek to modify a Report and Recommendation within 21 days of service, consistent with Rule 53(f)(2). (Id. at 3.)

        On April 21, 2017, Judge Jones issued a Report and Recommendation setting forth how certain evidence would be reviewed on a loan-by-loan basis. (Docket # 542.) Neither party has filed any objection. The Court concludes that the Report and Recommendation is consistent with, and implements the reasoning of, the Court's Findings of Fact and Conclusions of Law. The Report and Recommendation of April 21 is therefore adopted.

        On May 1, 2017, Judge Jones issued a Report and Recommendation that recommended a procedure for resolving all outstanding loans. (Docket # 545.) Neither party has filed any objection. The Report and Recommendation of May 1 is therefore adopted.

SO ORDERED.

/s/ P. Kevin Castel
P. Kevin Castel
United States District Judge

Dated: New York, New York
June 5, 2017