# BRACEWELL

December 8, 2017



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-8-17

BY ECF

Hon. P. Kevin Castel
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED

Re:   *U.S. Bank, National Association, et al, v. UBS Real Estate Securities Inc.*, No. 12-cv-7322 (PKC)

Dear Judge Castel:

Pursuant to the Court's Order Appointing Master, dated November 2, 2016, I am submitting for the Court's review the November 2017 invoice setting forth the fees, expenses and costs incurred by me and my firm in connection with my role as Lead Master in the above-referenced action. The invoice includes narrative detail for each time entry related to my appointment.

I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions. No objections were received.

As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones

*The invoice to which there are no objections is APPROVED. SO ORDERED. /s/ PKC USDJ 12-8-17*

Enclosure

cc:   Counsel for all parties (by ECF)

Barbara S. Jones
Partner

T: +1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN  CONNECTICUT  DALLAS  DUBAI  HOUSTON  LONDON  NEW YORK  SAN ANTONIO  SEATTLE  WASHINGTON, DC

# BRACEWELL

United States District Court (SDNY)
40 Foley Square
New York, NY 10007

December 05, 2017
Invoice Number: eBill
BA: 03837 David A. Shargel

Our Matter #:  0051167.000002 For Services Through November 30, 2017
Lead Master in the matter of U.S. Bank, et al. v. UBS

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/17 | Second level review of loans | Joe W. Gracely | 2.10 | 575.00 | 1,207.50 |
| 11/01/17 | Second level review. | Rita Maxwell | 3.60 | 770.00 | 2,772.00 |
| 11/01/17 | Review parties' submissions re PJI and related cases | Melissa A. Morgan | 2.80 | 575.00 | 1,610.00 |
| 11/02/17 | Research re PJI | Melissa A. Morgan | 6.00 | 575.00 | 3,450.00 |
| 11/03/17 | Second level review of loans; conference with Judge Jones and R Maxwell regarding letter and loan review results; teleconference with parties regarding same | Joe W. Gracely | 4.50 | 575.00 | 2,587.50 |
| 11/03/17 | Plaintiffs' letter; conduct telephone conference call; meeting with D. Shargel and R. Maxwell, J. Gracely regarding loan review. | Barbara Jones | 1.00 | 1,095.00 | 1,095.00 |
| 11/03/17 | Second level loan review and QC; call with parties; discussion with team. | Rita Maxwell | 6.10 | 770.00 | 4,697.00 |
| 11/03/17 | Research re PJI | Melissa A. Morgan | 6.70 | 575.00 | 3,852.50 |
| 11/03/17 | Review filings; teleconference with parties | David A. Shargel | 2.00 | 810.00 | 1,620.00 |
| 11/06/17 | Review materials and draft damages R&R. | Rita Maxwell | 1.70 | 770.00 | 1,309.00 |
| 11/06/17 | Review cases re PJI and draft recommendations | Melissa A. Morgan | 6.80 | 575.00 | 3,910.00 |
| 11/07/17 | Review damages materials, discussion with Judge Jones. | Rita Maxwell | 1.30 | 770.00 | 1,001.00 |
| 11/07/17 | Prepare spreadsheets for use in loan review; review damages cases | Melissa A. Morgan | 5.10 | 575.00 | 2,932.50 |
| 11/08/17 | Prepare spreadsheets for loan review. | Melissa A. Morgan | 2.50 | 575.00 | 1,437.50 |

# BRACEWELL

Page 2

Client: United States District Court (SDNY)

December 05, 2017
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/08/17 | Draft PJI recommendation | Melissa A. Morgan | 5.60 | 575.00 | 3,220.00 |
| 11/09/17 | Review correspondence from parties | Joe W. Gracely | 0.10 | 575.00 | 57.50 |
| 11/09/17 | Review and analyze PSA for use in drafting recommendation | Melissa A. Morgan | 8.10 | 575.00 | 4,657.50 |
| 11/09/17 | Attention to various; review parties' submissions | David A. Shargel | 1.00 | 810.00 | 810.00 |
| 11/10/17 | Review of loans for review protocol | Joe W. Gracely | 3.70 | 575.00 | 2,127.50 |
| 11/10/17 | Confer with Rita Maxwell and Joe Gracely on next batch of loans and damages opinion R&R | Barbara Jones | 0.50 | 1,095.00 | 547.50 |
| 11/10/17 | Discussions with Judge Jones and Joe Gracely; income misrepresentation review template creation. | Rita Maxwell | 7.00 | 770.00 | 5,390.00 |
| 11/10/17 | Revise PJI recommendation; research re availability of money damages. | Melissa A. Morgan | 7.20 | 575.00 | 4,140.00 |
| 11/13/17 | Review Court's opinion regarding income misrepresentation | Joe W. Gracely | 1.00 | 575.00 | 575.00 |
| 11/13/17 | Confer with R Maxwell; Review J. Castel's Opinion regarding Income; Review 6 specific loans for reviewer instructions | Barbara Jones | 3.50 | 1,095.00 | 3,832.50 |
| 11/13/17 | Loan review for template; discussions with Judge Jones. | Rita Maxwell | 3.70 | 770.00 | 2,849.00 |
| 11/14/17 | Review income misrepresentation loans; conference with R Maxwell regarding same; conference with Judge Jones and R Maxwell regarding same | Joe W. Gracely | 6.90 | 575.00 | 3,967.50 |
| 11/14/17 | Continue review of loan files on income misrep and confer with R Maxwell and J Gracely | Barbara Jones | 4.00 | 1,095.00 | 4,380.00 |
| 11/14/17 | Second level loan review; discussions with Judge Jones and Joe Gracely re: loan review template. | Rita Maxwell | 5.20 | 770.00 | 4,004.00 |
| 11/15/17 | Review income misrepresentation loans | Joe W. Gracely | 2.80 | 575.00 | 1,610.00 |

# BRACEWELL

Page 3

Client: United States District Court (SDNY)

December 05, 2017
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/15/17 | Review 11/9 and 11/14 letters | Barbara Jones | 0.50 | 1,095.00 | 547.50 |
| 11/15/17 | Review Trust's letter and discussion with Judge Jones re: same; upload loan summaries to database. | Rita Maxwell | 0.50 | 770.00 | 385.00 |
| 11/16/17 | Review income misrepresentation materials provided by parties and Court's opinion regarding same | Joe W. Gracely | 5.10 | 575.00 | 2,932.50 |
| 11/16/17 | Create sharefile folder for upload; send link. | Rita Maxwell | 0.20 | 770.00 | 154.00 |
| 11/17/17 | Conference with R Maxwell regarding loan review protocol; assemble loan review assignment; conference with L Romero regarding same | Joe W. Gracely | 3.70 | 575.00 | 2,127.50 |
| 11/17/17 | Reviewed KPC's order regarding Income representation, prepare template for reviewers. | Barbara Jones | 2.50 | 1,095.00 | 2,737.50 |
| 11/17/17 | Loan review for template. | Rita Maxwell | 4.40 | 770.00 | 3,388.00 |
| 11/19/17 | Draft damages R&R materials for Judge Jones. | Rita Maxwell | 4.60 | 770.00 | 3,542.00 |
| 11/20/17 | Develop guidance for income misrepresentation review | Joe W. Gracely | 3.10 | 575.00 | 1,782.50 |
| 11/20/17 | Continue review of income misrepresentation | Barbara Jones | 1.50 | 1,095.00 | 1,642.50 |
| 11/20/17 | Draft damages R&R materials for Judge Jones. | Rita Maxwell | 1.00 | 770.00 | 770.00 |
| 11/20/17 | Draft template for loan review for income misrepresentation loans. | Rita Maxwell | 1.30 | 770.00 | 1,001.00 |
| 11/21/17 | Review income misrepresentation loans and Court's opinion regarding same; draft portions of review protocol per same | Joe W. Gracely | 5.90 | 575.00 | 3,392.50 |
| 11/21/17 | Prepare materials for Judge Jones for damages R&R. | Rita Maxwell | 1.10 | 770.00 | 847.00 |
| 11/21/17 | Review and analyze cases and other materials for use in damages report | Melissa A. Morgan | 6.10 | 575.00 | 3,507.50 |

# BRACEWELL

Page 4

Client: United States District Court (SDNY)

December 05, 2017
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/22/17 | Draft portions of income income misrepresentation review protocol | Joe W. Gracely | 1.50 | 575.00 | 862.50 |
| 11/26/17 | Revise guide for income misrepresentation review. | Rita Maxwell | 0.70 | 770.00 | 539.00 |
| 11/27/17 | Review guidelines for loans concerning income misrepresentation; participate in meeting with team to discuss loan review protocol. | Salsa (Salsabil) Ahmed | 2.20 | 515.00 | 1,133.00 |
| 11/27/17 | Team meeting to analyze review protocol for loans; review and analyze Judge Castel's decision. | Grace E. Condro | 3.10 | 515.00 | 1,596.50 |
| 11/27/17 | Conference with R Maxwell and Judge Jones regarding review and next steps; prepare for team meeting regarding income review; team meeting regarding same; attention to review team assignments; correspondence regarding same; conference with R Maxwell regarding same; review correspondence from parties regarding review procedure and requests; conference with Judge Jones and R Maxwell regarding same | Joe W. Gracely | 7.00 | 575.00 | 4,025.00 |
| 11/27/17 | Finish review of Income misrep.; Team meeting regarding new loans on (misrep'd income); meeting with Rita Maxwell and Joe Gracely regarding next steps; | Barbara Jones | 3.00 | 1,095.00 | 3,285.00 |
| 11/27/17 | reviewed loan review guide for upcoming batch of loans; attended team meeting to discuss and review strategy for loan review; read and reviewed Judge Castel's opinion for exemplary loans | Joe Lasher | 2.20 | 460.00 | 1,012.00 |
| 11/27/17 | Discussions with Joe Gracely re: loan review; finalize guide for presentation and send to team; train reviewers for income misrepresentation review. | Rita Maxwell | 6.50 | 770.00 | 5,005.00 |
| 11/27/17 | Review exemplar loans re income misrepresentation and attend training. | Melissa A. Morgan | 6.30 | 575.00 | 3,622.50 |
| 11/27/17 | Review and analyzed individual loans; findings regarding same. | Lara Sofia Romero | 2.00 | 515.00 | 1,030.00 |

**Bracewell LLP**   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN      CONNECTICUT      DALLAS      DUBAI      HOUSTON      LONDON      NEW YORK      SAN ANTONIO      SEATTLE      WASHINGTON, DC

# BRACEWELL

Page 5

Client: United States District Court (SDNY)

December 05, 2017
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/27/17 | Team meeting re income review | David A. Shargel | 1.50 | 810.00 | 1,215.00 |
| 11/28/17 | Review and analyze income misrepresentation loans. | Grace E. Condro | 3.60 | 515.00 | 1,854.00 |
| 11/28/17 | Correspondence regarding income misrepresentation review assignments; second level review of loans | Joe W. Gracely | 0.30 | 575.00 | 172.50 |
| 11/28/17 | reviewed loan files | Joe Lasher | 6.50 | 460.00 | 2,990.00 |
| 11/28/17 | Loan review; supervise first level loan review. | Rita Maxwell | 5.30 | 770.00 | 4,081.00 |
| 11/28/17 | Review and analyze loans | Melissa A. Morgan | 8.80 | 575.00 | 5,060.00 |
| 11/28/17 | Review and analyzed individual loans; findings regarding same. | Lara Sofia Romero | 3.00 | 515.00 | 1,545.00 |
| 11/29/17 | Review and analyze income misrepresentation loans. | Grace E. Condro | 5.20 | 515.00 | 2,678.00 |
| 11/29/17 | Second level review of loans; conference with R Maxwell regarding same; conferences with review team regarding review of loans; review parties' submissions regarding loan review procedure and requests | Joe W. Gracely | 6.40 | 575.00 | 3,680.00 |
| 11/29/17 | Conference with Rita Maxwell regarding next steps | Barbara Jones | 0.50 | 1,095.00 | 547.50 |
| 11/29/17 | loan review | Joe Lasher | 6.20 | 460.00 | 2,852.00 |
| 11/29/17 | Second level review; discussions with Judge Jones regarding review status and call; discussions with team. | Rita Maxwell | 3.60 | 770.00 | 2,772.00 |
| 11/29/17 | Review and analyze loans. | Melissa A. Morgan | 7.10 | 575.00 | 4,082.50 |
| 11/29/17 | Review and analyzed individual loans; findings regarding same. | Lara Sofia Romero | 2.00 | 515.00 | 1,030.00 |
| 11/30/17 | Review and analyze income misrepresentation loans. | Grace E. Condro | 5.80 | 515.00 | 2,987.00 |

# BRACEWELL

Page 6

Client: United States District Court (SDNY)

December 05, 2017
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/30/17 | Review parties' submissions regarding loan review process and requests to the Lead Master; conference with Judge Jones and R Maxwell regarding same and preparation for call with parties; review loan submissions and draft timetable regarding same; review lists of resolved loans to provide to parties; coordinate regarding review assignments; second level review of loans | Joe W. Gracely | 8.90 | 575.00 | 5,117.50 |
| 11/30/17 | Confer with R. Maxwell and J. Gracely and conduct tel conf. with the parties. | Barbara Jones | 1.50 | 1,095.00 | 1,642.50 |
| 11/30/17 | loan review | Joe Lasher | 6.40 | 460.00 | 2,944.00 |
| 11/30/17 | Prepare for call with parties; prepare list of first two batches of loans; call with parties; second level loan review. | Rita Maxwell | 5.80 | 770.00 | 4,466.00 |
| 11/30/17 | Review and analyze loans. | Melissa A. Morgan | 6.90 | 575.00 | 3,967.50 |
| 11/30/17 | Review and analyzed individual loans; findings regarding same. | Lara Sofia Romero | 2.00 | 515.00 | 1,030.00 |
| 11/30/17 | Telephone conference with parties and discuss same with team | David A. Shargel | 1.00 | 810.00 | 810.00 |

**Total Fees:** $184,041.00

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN    CONNECTICUT    DALLAS    DUBAI    HOUSTON    LONDON    NEW YORK    SAN ANTONIO    SEATTLE    WASHINGTON, DC

# BRACEWELL

Page 7

Client: United States District Court (SDNY)

December 05, 2017
Invoice Number: eBill

## Summary of Fees

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Salsa (Salsabil) Ahmed | Associate | 2.20 | 515.00 | 1,133.00 |
| Grace E. Condro | Associate | 17.70 | 515.00 | 9,115.50 |
| Joe W. Gracely | Associate | 63.00 | 575.00 | 36,225.00 |
| Barbara Jones | Partner | 18.50 | 1,095.00 | 20,257.50 |
| Joe Lasher | Associate | 21.30 | 460.00 | 9,798.00 |
| Rita Maxwell | Associate | 63.60 | 770.00 | 48,972.00 |
| Melissa A. Morgan | Associate | 86.00 | 575.00 | 49,450.00 |
| Lara Sofia Romero | Associate | 9.00 | 515.00 | 4,635.00 |
| David A. Shargel | Partner | 5.50 | 810.00 | 4,455.00 |
| **Total Summary of Fees** | | **286.80** | | **$ 184,041.00** |

# BRACEWELL

## REMITTANCE PAGE

Client: United States District Court (SDNY)  
Matter: Lead Master in the matter of U.S. Bank, et al. v.  
Matter No: 0051167.000002

December 05, 2017  
Invoice Number: eBill

| | |
|---|---:|
| Total Fees | $184,041.00 |
| Total Expenses | $0.00 |
| Total Fees, Expenses and Charges | $184,041.00 |
| Total Current Billing for this Matter | $184,041.00 |
| Balance Forward | $322,021.38 |
| **Please Remit Total Balance Due** | $506,062.38 |

PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT

**Wire Transfer Information**  
Wire to: BANK OF AMERICA  901 Main Street  Dallas, Texas  
Name on Account: Bracewell LLP

For International Wires Also Include: Swift Code **(U.S. Funds): BOFAUS3N**; Swift Code **(Foreign Funds): BOFAUS6S**  
Please include the invoice number as a reference when sending the wire: **\*\*eBill\*\***

**Check Information**  
Bracewell LLP  
P.O. Box 848566  
Dallas, TX 75284-8566  
713-223-2300

**Credit Card Information**  
https://www.e-billexpress.com/ebpp/Bracewell/

---

Bracewell LLP   1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC