David Visher
Sandra Visher
28808 Cliffside Drive
Malibu California 90265
310-795-2188
visher@orionpartnersllc.com

February 12, 2018

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

2018 FEB 13 PM

Re: *MASTR Adjustable Rate Mortgages Trust 2006-OA2, et al.* ("Trusts") *v. UBS Real Estate Sec. Inc.* ("UBS"), 12 Civ. 7322 (PKC)

Dear Judge Castel:

Attached is MARM 2006-OA2 Notice dated February 8, 2018 allegedly updating certificate holders on various facts regarding the Proposed Settlement Agreement. However, it contains the following disclaimer "Certificateholders and other persons interested in the Trusts should not rely on the summary or description of any matter contained in this notice. The Trustee makes no representation and accepts no responsibility or liability as to the completeness or accuracy of the information provided herein." (page 3). By the Trustee's own admission certificateholders should neither rely on the Trustee nor trust the Trustee.

Respectfully Submitted,

David Visher
Pro Se

Sandra Visher
Pro Se

cc: All Counsel (by ECF)



**Corporate Trust Services**
MAC R1204-010
9062 Old Annapolis Road
Columbia, MD 21045

Tel: 410-884-2000
Fax: 410-715-2380

**February 8, 2018**

The attached notice (the "Trustee Notice") is being sent to you solely from U.S. Bank National Association as trustee. Please be advised that Wells Fargo Bank, N.A., as Trust Administrator ("Wells Fargo"), (i) makes no representations or warranties about the accuracy, completeness, truthfulness, and/or genuineness of any of the information provided by U.S. Bank National Association as trustee in the Trustee Notice, (ii) shall have no responsibility, and shall incur no liability, relating to the accuracy, completeness, truthfulness, and/or genuineness of any of the information provided by U.S. Bank National Association in the Trustee Notice, and (iii) makes no recommendation as to any particular response to the Trustee Notice. Please be further advised that Wells Fargo's delivery of the Trustee Notice is not, and shall not be deemed to be, Wells Fargo's agreement with any of the statements, allegations, or positions asserted, taken, or otherwise provided by U.S. Bank National Association in the Trustee Notice.

Wells Fargo Bank, N.A., as Trust Administrator



Global Corporate Trust Services
190 S. LaSalle St | | MK-IL-SLTM
Chicago, IL 60603

**NOTICE REGARDING A PROPOSED SETTLEMENT AGREEMENT TO HOLDERS OF MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, and MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3**

**MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-OA2, SERIES 2007-1, SERIES 2007-3**

**Please forward this notice to beneficial holders of the certificates and notice parties under the PSAs. The classes of certificates and their corresponding CUSIPs are listed on Exhibit A.**

Reference is hereby made to (i) the Pooling and Servicing Agreement, dated as of October 1, 2006 (the "2006-OA2 PSA"), among Mortgage Asset Securitization Transactions Inc. (the "Depositor"), UBS Real Estate Securities Inc. ("UBS"), Wells Fargo Bank, N.A. ("Wells Fargo"), U.S. Bank National Association ("U.S. Bank") as trustee, and Clayton Fixed Income Services Inc.; (ii) the Pooling and Servicing Agreement, dated as of December 1, 2006 (the "2007-1 PSA"), among the Depositor, UBS, Wells Fargo, and U.S. Bank; and (iii) the Pooling and Servicing Agreement, dated as of April 1, 2007 (the "2007-3 PSA" and together with the 2006-OA2 PSA and the 2007-1 PSA, the "PSAs") among the Depositor, UBS, Wells Fargo, and U.S. Bank. This notice refers to U.S. Bank in its capacities as trustee under the PSAs as the "Trustee."

Reference is also made to prior notices in which the Trustee informed you of the status of the Trustee's pending lawsuit against UBS in the United States District Court for the Southern District of New York (the "Court"), Case No. 12-cv-7322 (PKC) (the "Lawsuit") related to the above-listed trusts (each a "Trust" and, together, the "Trusts"). Certificateholders should carefully review all materials filed on, and continue to monitor, the Lawsuit's public docket, available at https://ecf.nysd.uscourts.gov/cgi-bin/login.pl or https://www.pacer.gov. Any discrepancy between the Court's records and this notice should be resolved in favor of the Court's records.

Reference is also made to prior notices in which the Trustee informed you, among other things, that it had received a proposed settlement agreement (the "Proposed Settlement Agreement") that certain "Initiating Parties" had negotiated with UBS and Countrywide Home Loans, Inc. ("Countrywide"). In its prior notices, the Trustee informed you that, by its terms, the Trustee would not become a party to, or be bound by, the Proposed Settlement Agreement unless the Trustee accepts it on behalf of the Trusts prior to the "Acceptance Deadline," as defined therein.

**By separate notice for each Trust dated January 2, 2018, the Trustee informed certificateholders that UBS and Countrywide had extended the Acceptance Deadline from January 9, 2018 to February 8, 2018. You are hereby notified that UBS and Countrywide have further extended the Acceptance Deadline to March 9, 2018.**

Following the publication of the January 2, 2018 notices, certain certificateholders asked the Trustee whether the attorneys' fees and other expenses described in the January 2, 2018 notices have already been paid out of the Trusts' cash flows in prior remittances. All or nearly all of the attorneys' fees and other expenses described in the January 2, 2018 notices have already been paid from the Trusts' cash flows.

* * * * *

The Trustee is continuing to evaluate the Proposed Settlement Agreement, given various relevant factors, including, without limitation, the terms of the Proposed Settlement Agreement, results achieved to date and potential results, litigation risks, expenses, and the views that it has received from certificateholders.

Certificateholders are cautioned that views shared with the Trustee do not bind the Trustee to any particular course of action. In addressing any inquiries that may be directed to it, the Trustee may conclude that a specific response to a particular inquiry from an individual certificateholder is not consistent with equal and full dissemination of information to all certificateholders. To protect the interests of all certificateholders, the Trustee may condition any response to inquiries by certificateholders upon the completion of a certificate of beneficial ownership and/or the execution and delivery of a confidentiality agreement, and the Trustee may determine not to disclose certain information. Recipients of this notice are cautioned that receipt of this notice does not indicate that the Trustee will recognize the recipient as a certificateholder.

Certificateholders should carefully review the Court docket, the Proposed Settlement Agreement and prior notices and should consult with their own legal and financial advisors regarding the matters set forth therein and in this notice. Please note that this notice is not intended, and should not be construed, as investment, accounting, financial, legal, tax, or other advice by or on behalf of the Trustee, or its directors, officers, employees, affiliates, agents, attorneys, or advisors. Certificateholders and other persons interested in the Trusts should not rely on the summary or description of any matter contained in this notice. The Trustee makes no representation and accepts no responsibility or liability as to the completeness or accuracy of the information provided herein.

The Trustee expressly reserves all rights under the PSAs, including, without limitation, its right to payment in full of all fees and costs as provided in and subject to the applicable terms of the PSAs, and its right, prior to exercising any rights or powers vested in it by the PSAs at the request or direction of any of the certificateholders, to receive security or indemnity satisfactory to it against all costs, expenses and liabilities that may be incurred in compliance therewith; and all rights that may be available to it under applicable law or otherwise. No delay or forbearance by the Trustee under the terms of the PSAs, other documentation relating thereto or under applicable law, shall impair any such right or remedy or constitute a waiver thereof or acquiescence therein. Please note that, prior to any distribution to certificateholders, to the extent permitted under the PSAs, funds held by the Trustee may be used first for payment of the fees and costs incurred or to be incurred by the Trustee in performing its duties, as well as for any indemnities owed or to become owed to the Trustee. This includes, but is not limited to,

compensation for the Trustee's time spent, and the fees and costs of counsel and other agents it employs, to pursue remedies or other actions, including the resolution of the issues described in this notice.

**February 8, 2018**

**U.S. BANK NATIONAL ASSOCIATION,**
**solely in its capacity as Trustee of the Trusts**

# EXHIBIT A

| MARM 2006-OA2 Class | MARM 2006-OA2 CUSIP[1] | MARM 2007-1 Class | MARM 2007-1 CUSIP[1] | MARM 2007-3 Class | MARM 2007-3 CUSIP[1] |
|---|---|---|---|---|---|
| 1-A-1 | 55275NAA9 | I-1A | 576431AA8 | 1-1A1 | 57645NAA8 |
| 1-A-2 | 55275NAB7 | I-2A1 | 576431AB6 | 1-1A2 | 57645NAB6 |
| 1-A-3 | 55275NAC5 | I-2A2 | 576431AC4 | 1-2A1 | 57645NAC4 |
| 2-A-1 | 55275NAE1 | I-2A3 | 576431AD2 | 1-2A2 | 57645NAD2 |
| 2-A-2 | 55275NAF8 | I-2A4 | 576431AE0 | 1-AIO | 57645NAE0 |
| 2-A-3 | 55275NAG6 | I-X-1 | 576431AF7 | 1-A3 | 57645NAL4 |
| 3-A-1 | 55275NAK7 | I-X-2 | 576431AG5 | 1-M1 | 57645NAF7 |
| 3-A-2 | 55275NAL5 | I-X-3 | 576431AH3 | 1-M2 | 57645NAG5 |
| 4-A-1A | 55275NAM3 | I-M1 | 576431BG4 | 1-M3 | 57645NAH3 |
| 4-A-1B | 55275NAN1 | I-M2 | 576431BH2 | 1-M4 | 57645NAJ9 |
| 4-A-2 | 55275NAP6 | I-M3 | 576431BJ8 | 1-M5 | 57645NAK6 |
| X-1 | 55275NAD3 | I-M4 | 576431BK5 | 2-1A1 | 57645NAM2 |
| X-2 | 55275NAH4 | I-M5 | 576431BL3 | 2-1A2 | 57645NAN0 |
| XW | 55275NAJ0 | I-M6 | 576431BM1 | 2-2A1 | 57645NAP5 |
| M-1 | 55275NAR2 | I-M7 | 576431BN9 | 2-2A2 | 57645NAQ3 |
| M-2 | 55275NAS0 | I-C | 576431BS8 | 2-2A3 | 57645NAR1 |
| M-3 | 55275NBA8 | I-P | 576431BT6 | 2-2A4 | 57645NAS9 |
| M-4 | 55275NBB6 | I-R | 576431BU3 | 2-2A5 | 57645NAT7 |
| M-5 | 55275NBC4 | II-A-1 | 576431AJ9 | 2-2A6 | 57645NAU4 |
| M-6 | 55275NBD2 | II-A-2 | 576431AK6 | 2-AIO | 57645NAV2 |
| M-7 | 55275NBE0 | II-A-3 | 576431AL4 | 2-M1 | 57645NAW0 |
| M-8 | 55275NAT8 | II-A-3X | 576431AM2 | 2-M2 | 57645NAX8 |
| C | 55275NAU5 | II-A-4 | 576431AN0 | 2-M3 | 57645NAY6 |
| 1-P | 55275NAV3 | II-A-4X | 576431AP5 | 2-M4 | 57645NAZ3 |
| 2-P | 55275NAW1 | II-A-5 | 576431AQ3 | 2-M5 | 57645NBA7 |
| 3-P | 55275NAX9 | II-A-5X | 576431AR1 | 2-M6 | 57645NBB5 |
| 4-P | 55275NAY7 | II-A-6 | 576431AS9 | 2-M7 | 57645NBC3 |
| R | 55275NAZ4 | II-A-6X | 576431AT7 | 2-M8 | 57645NBD1 |
| | | II-A-7 | 576431AU4 | I-C | 57645NBE9 |
| | | II-A-7X | 576431AV2 | 1-1P | 57645NBF6 |
| | | II-A-8 | 576431AW0 | 1-2P | 57645NBG4 |
| | | II-A-9 | 576431AX8 | 1-R | 57645NBH2 |
| | | II-A-10 | 576431AY6 | 1-RX | 57645NBJ8 |
| | | II-A-11 | 576431AZ3 | 2-C | 57645NBK5 |
| | | II-A-12 | 576431BA7 | 2-1P | 57645NBL3 |
| | | II-A-13 | 576431BB5 | 2-2P | 57645NBM1 |
| | | II-A-14 | 576431BC3 | 2-R | 57645NBN9 |
| | | II-A-15 | 576431BD1 | 2-RX | 57645NBP4 |
| | | II-A-LR | 576431BE9 | | |
| | | II-A-UR | 576431BF6 | | |
| | | II-B-1 | 576431BP4 | | |
| | | II-B-2 | 576431BQ2 | | |
| | | II-B-3 | 576431BR0 | | |
| | | II-B-4 | 576431BV1 | | |
| | | II-B-5 | 576431BW9 | | |
| | | II-B-6 | 576431BX7 | | |
| | | II-P | 576431BY5 | | |
| | | R-X | NA | | |

[1] The CUSIP numbers appearing herein are included solely for the convenience of the Certificateholders. The Trustee is not responsible for the selection or use of CUSIP numbers, or for the accuracy or correctness of CUSIP numbers printed on any Certificates or as indicated in this notice.



2018 FEB 13 PM 3:41

IORITY
MAIL ★
PRESS™

TEST SERVICE IN THE U.S.

USMP3 SDNY

UNITED STATES POSTAL SERVICE

1007

10007

MALIBU 90265
FEB 12, 18
AMOUNT
$24.70
R2305H127224-09

EM027597074US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (310) 7~~90~~-795-21

David Visk
28808 Cliffside Dr
Malibu CA 90265

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
- ☐ No Saturday Delivery (delivered next business day)
- ☐ Sunday/Holiday Delivery Required (additional fee, where available*)
- ☐ 10:30 AM Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (212) 805-0175

USDCSDNY
Pro Se Intake Unit
US Courthouse
500 Pearl St Rm 200
NY NY 10007

ZIP + 4® (U.S. ADDRESSES ONLY)
1 0 0 0 7 -

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

1000

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 90265 | 2-13-18 | $ 24.70 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON | Insurance Fee $ | COD Fee $ |
| 2-12-18 | | | |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee | Return Receipt Fee | Live Animal Transportation Fee |
| 1037 | $ | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | | |
| Weight ☐ Flat Rate | Acceptance Employee Initials | | |
| lbs. 3 ozs. | | $ 24.70 | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, OCTOBER 2016 PSN 7690-02-000-9996 3-ADDRESSEE COPY

ED INTERNATIONALLY, OMS DECLARATION MAY BE REQUIRED.

/ 2013 OD: 12.5 x 9.5

001000006

VIS
ORD

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.