## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

U.S. BANK NATIONAL ASSOCIATION,
SOLELY IN ITS CAPACITY AS TRUSTEE
OF MASTR ADJUSTABLE RATE
MORTGAGES TRUST 2006-OA2, MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-1, AND MASTR
ADJUSTABLE RATE MORTGAGES
TRUST 2007-3,

Plaintiff,

- against -

UBS REAL ESTATE SECURITIES INC.,

Defendant.

12 Civ. 7322 (PKC)

ECF Case
Electronically Filed

**DECLARATION OF MARGARET M.
ENGLAND IN OPPOSITION TO
MOTION TO INTERVENE**

I, MARGARET M. ENGLAND, declare pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney with the law firm of Selendy & Gay PLLC, counsel for Plaintiff U.S. Bank National Association, solely in its capacity as trustee (the "Trustee") of MASTR Adjustable Rate Mortgages Trust 2006-OA2, MASTR Adjustable Rate Mortgages Trust 2007-1, and MASTR Adjustable Rate Mortgages Trust 2007-3 (each a "Trust" and, collectively, the "Trusts"). I am a member in good standing of the bar of New York and this Court. I respectfully submit this declaration in opposition to the motion to intervene filed by David Visher and Sandra Visher.

2.      Attached as Exhibit A is a true and correct copy of the October 18, 2017 notice sent by U.S. Bank, solely in its capacity as Trustee to the Trusts, to certificateholders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2018, in New York, New York.

_____
Margaret M. England