UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3. <br><br> Plaintiff, <br><br> vs. <br><br> UBS REAL ESTATE SECURITIES, INC., <br><br> Defendant. | Civil Civ. Action No. 12-cv-7322 (PKC) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-15-18

**DECLARATION OF DAVID VISHER IN SUPPORT OF REPLY TO OPPOSITIONS TO MOTION TO INTERVENE**

David Visher declares, under penalty of perjury:

1. If all attached Declarations in Exhibits A, B, C, D, and E are executed and entered into evidence, I will stipulate to the following –

    (a) UBS RESI and BofA are not manipulating the votes of the Trusts

    (b) Axonic and NCUA were adversely impacted by Proposed Settlement Agreement not being higher than $543,456,000

    (c) Attorney fees in Proposed Settlement Agreement are reasonable

DATED: March 12, 2018

David Visher

i

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3.<br><br>Plaintiff,<br><br>vs.<br><br>UBS REAL ESTATE SECURITIES, INC.,<br><br>Defendant. | Civil Civ. Action No. 12-cv-7322 (PKC) |

**DECLARATION OF LARRY FAZIO - NCUA**

Larry Fazio declares, under penalty of perjury:

1. I am familiar with NCUA's investments in the following Trusts –

    (a) MARM 2006-OA2

    (b) MARM 2007-1

    (c) MARM 2007-3

2. The present value of the expected cash flow from those investments, discounting at the forward LIBOR curve, would have increased had UBS RESI increased the Proposed Settlement Amount above $543,456,000.

DATED: March ___, 2018          _____
                                Larry Fazio

i

# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3.<br><br>Plaintiff,<br><br>vs.<br><br>UBS REAL ESTATE SECURITIES, INC.,<br><br>Defendant. | Civil Civ. Action No. 12-cv-7322 (PKC) |

## DECLARATION OF CLAYTON DEGIACINTO – AXONIC CAPITAL LLC

Clayton DeGiacinto declares, under penalty of perjury:

1. I am familiar with Axonic Capital LLC's investments in the following Trusts –

    (a) MARM 2006-OA2

    (b) MARM 2007-1

    (c) MARM 2007-3

2. The present value of the expected cash flow from those investments, discounting at the forward LIBOR curve, would have increased had UBS RESI increased the Proposed Settlement Amount above $543,456,000.

DATED: March ___, 2018

_____
Clayton DeGianto

i

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3.<br><br>Plaintiff,<br><br>vs.<br><br>UBS REAL ESTATE SECURITIES, INC.,<br><br>Defendant. | Civil Civ. Action No. 12-cv-7322 (PKC) |

### DECLARATION OF DEREK LOESER – KELLER ROHRBACK LLP

Derek Loeser declares, under penalty of perjury:

1. I am familiar with NCUA's and Axonic Capital LLC's investments in the following Trusts –

    (a)  MARM 2006-OA2

    (b)  MARM 2007-1

    (c)  MARM 2007-3

2. If the Proposed Settlement Agreement is executed, the present value of the expected cash flow from those investments, discounting at the forward LIBOR curve, would increase more than $12,586,000.

DATED: March ___, 2018

_____
Derek Loeser

i

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3.<br><br>Plaintiff,<br><br>vs.<br><br>UBS REAL ESTATE SECURITIES, INC.,<br><br>Defendant. | Civil Civ. Action No. 12-cv-7322 (PKC) |

### DECLARATION OF WILLIAM W CHANDLER – UBS RESI

William W. Chandler declares, under penalty of perjury:

1. I believe I am familiar with UBS RESI's, as well as all entities under common control of entities controlling UBS RESI ("UBS"), investments in and agreements related to the following Trusts –

    (a)   MARM 2006-OA2

    (b)   MARM 2007-1

    (c)   MARM 2007-3

2. To my knowledge, UBS does not have any investments in certificates of these Trusts nor any means to exercise or control votes in these Trusts, and I believe I would know if UBS did.

DATED: March ___, 2018

_____
William W Chandler

i

# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3.<br><br>Plaintiff,<br><br>vs.<br><br>UBS REAL ESTATE SECURITIES, INC.,<br><br>Defendant. | Civil Civ. Action No. 12-cv-7322 (PKC) |

## DECLARATION OF ELIZABETH CHEN – COUNTRYWIDE HOME LOANS, INC

Elizabeth Chen declares, under penalty of perjury:

1. I believe I am familiar with Countrywide Home Loans, Inc's ("Countrywide"), as well as all entities under common control of entities controlling Countrywide ("BofA"), investments in and agreements related to the following Trusts –

    (a) MARM 2006-OA2

    (b) MARM 2007-1

    (c) MARM 2007-3

2. To my knowledge, BofA does not have any investments in certificates of these Trusts nor any means to exercise or control votes in these Trusts, and I believe I would know if BofA did.

DATED: March ___, 2018

_____
Elizabeth Chen

i

**PRIORITY MAIL EXPRESS**

FOR DOMESTIC AND INTERNATIONAL USE

USPS TRACKING #: EL753150010US

AMOUNT $24.70
R2305H127224-09

FROM: Davis USM P3
7300 Westside Dr.
Malibu, CA 90265

TO: USPCS DMY
500 Pearl Street RM200
Attn: Pro Se Unit
New York, New York
10007

PO ZIP Code: 90265
Date Accepted: 3/10/18
Postage: $24.70
Total Postage & Fees: $24.70

LABEL 11-B, OCTOBER 2016

3-ADDRESSEE COPY