**MEMO ENDORSED**

# BRACEWELL

May 2, 2018

*The schedule recommended by the Master is adopted as an Order of this Court.*
*SO ORDERED.*
*/s/ Castel, USDJ*
*5-2-18*

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *U.S. Bank, National Association, et al, v. UBS Real Estate Securities Inc.*, No. 12-cv-7322 (PKC)

Dear Judge Castel:

At the request of the Court, I write to recommend the following schedule for the further conduct of this case.

1) A Report and Recommendation shall be filed on or before June 1, 2018 regarding the following damages issues:  *Adopted*

   a. The value of money damages for Liquidated Loans;
   b. The amount of prejudgment interest, if any, on a money damages award;
   c. The treatment of amounts advanced by Assured; and
   d. Reimbursement for the Trustee's litigation expenses and attorneys' fees.

2) All loans shall be fully submitted by July 9, 2018.

3) The loan review process shall be completed on or before August 31, 2018.

4) A Report and Recommendation regarding the loan results shall be filed on or before September 15, 2018.

Respectfully submitted,

Barbara S. Jones

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-2-18

Barbara S. Jones
Partner
T: +1.212.508.6105    F: +1.800.404.3970
1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com    bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC