UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK, NATIONAL ASSOCIATION, solely in its capacity as Trustee of MASTR ADJUSTABLE RATE MORTGAGES TRUST 2006-OA2, MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-1, AND MASTR ADJUSTABLE RATE MORTGAGES TRUST 2007-3

                Plaintiff,

-against-

UBS REAL ESTATE SECURITIES INC.,

                Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/18

12-CV-7322 (PKC) (RWL)

### STIPULATION REGARDING WITHDRAWAL OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that:

1. Steven M. Edwards, J. Matthew Hamann, Marlo A. Pecora and the law firm of Quinn Emanuel Urquhart & Sullivan, LLP hereby withdraw as counsel for Plaintiff in this case.

2. Selendy & Gay PLLC shall replace Quinn Emanuel Urquhart & Sullivan as counsel for Plaintiff in this case.

3. The client, U.S. Bank, National Association, solely in its capacity as Trustee, consents to the foregoing.

DATED:    May 1, 2018
               New York, New York

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: _____
　　　Steven M. Edwards

51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000

SELENDY & GAY PLLC

By: _____
　　　Sean P. Baldwin

1290 Avenue of the Americas
New York, New York 10104
Telephone: (212) 390-9000


U.S. BANK, N.A., solely in its Capacity as Trustee

By: _____
　　　David Hagens
　　　Assistant General Counsel


SO ORDERED: _____
　　　　　　　U.S.D.J.　　5-2-18

COPIES TO ALL COUNSEL

2