UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
U.S. BANK, NATIONAL ASSOCIATION,
solely in its capacity as Trustee,

                Plaintiff,                              12-cv-7322 (PKC)

      -against-

                                                       ORDER

UBS REAL ESTATE SECURITIES INC.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The date adopted by this Court in the Order of May 2, 2018 (Doc. 588) for the filing of a Report and Recommendation on certain damages issues is extended from June 29, 2018 to July 13, 2018.

        SO ORDERED.

                                                                P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
         June 28, 2018