# BRACEWELL

July 24, 2018

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *U.S. Bank, National Association, et al, v. UBS Real Estate Securities Inc.*, No. 12-cv-7322 (PKC)

Dear Judge Castel:

     Pursuant to the Court's Order Appointing Master, dated November 2, 2016, I am submitting for the Court's review the June 2018 invoice setting forth the fees, expenses and costs incurred by me and my firm in connection with my role as Lead Master in the above-referenced action. The invoice includes narrative detail for each time entry related to my appointment.

     I have shared this invoice with the parties prior to submittal, and provided them an opportunity to object or ask questions. No objections were received.

     As always, I am happy to answer any questions the Court may have or to provide additional information if necessary.

Respectfully submitted,

/s/ Barbara S. Jones

Barbara S. Jones


Enclosure


cc:   Counsel for all parties (by ECF)

**Barbara S. Jones**  T: +1.212.508.6105   F: +1.800.404.3970
**Partner**  1251 Avenue of the Americas, 49th Floor, New York, New York 10020-1100
barbara.jones@bracewell.com   bracewell.com

AUSTIN   CONNECTICUT   DALLAS   DUBAI   HOUSTON   LONDON   NEW YORK   SAN ANTONIO   SEATTLE   WASHINGTON, DC

# BRACEWELL

United States District Court (SDNY)
40 Foley Square
New York, NY 10007

July 16, 2018
Invoice Number: eBill
BA: 05407 Rita Maxwell

Our Matter #:   0051167.000002 For Services Through June 30, 2018
Lead Master in the matter of U.S. Bank, et al. v. UBS

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 06/01/18 | Reviewed loans for breach of Guidelines Warranty regarding excessive and improperly calculated DTI and LTV ratios, and whether breach resulted in MAE to Certificateholders. | Josh Freda | 3.30 | 425.00 | 1,402.50 |
| 06/01/18 | Coordinate regarding loan review assignments; second level review of loans; discussions with Judge Jones and Rita Maxwell. | Joe W. Gracely | 1.60 | 575.00 | 920.00 |
| 06/01/18 | Review and analyze loan materials. | Laura Hang | 3.80 | 580.00 | 2,204.00 |
| 06/01/18 | Telephone conference with USB; telephone conference with UBS; confer with R Maxwell and J Gracely. | Barbara Jones | 1.50 | 1,095.00 | 1,642.50 |
| 06/01/18 | Calls with parties; finalize R&R; discussions with Judge Jones and Joe Gracely. | Rita Maxwell | 2.10 | 770.00 | 1,617.00 |
| 06/04/18 | Review and analyze loans and related documentation. | Andrea Broyles | 8.50 | 590.00 | 5,015.00 |
| 06/04/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 1.50 | 505.00 | 757.50 |
| 06/05/18 | Review and analyze loans and related documentation. | Andrea Broyles | 1.00 | 590.00 | 590.00 |
| 06/05/18 | Review and analyze loans and related documentation. | Joe Lasher | 0.60 | 460.00 | 276.00 |
| 06/05/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 1.00 | 505.00 | 505.00 |
| 06/06/18 | Review and analyze loans and related documentation. | Andrea Broyles | 3.30 | 590.00 | 1,947.00 |
| 06/06/18 | Coordinate regarding loan review assignments. | Joe W. Gracely | 0.20 | 575.00 | 115.00 |
| 06/06/18 | Review and analyze loans and related documentation. | Joe Lasher | 0.20 | 460.00 | 92.00 |

# BRACEWELL

Page 2

Client: United States District Court (SDNY)

July 16, 2018
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/07/18 | Review and analyze loans and related documentation. | Andrea Broyles | 4.00 | 590.00 | 2,360.00 |
| 06/07/18 | Reviewed loans for breach of Guidelines Warranty regarding excessive and improperly calculated DTI and LTV ratios, and whether breach resulted in MAE to Certificateholders. | Josh Freda | 1.40 | 425.00 | 595.00 |
| 06/07/18 | Teleconference with parties regarding status; conference with Judge Jones and R Maxwell regarding same. | Joe W. Gracely | 0.40 | 575.00 | 230.00 |
| 06/07/18 | Call with parties; discussion with Rita Maxwell and Joe Gracely. | Barbara Jones | 0.40 | 1,095.00 | 438.00 |
| 06/07/18 | Review and analyze loans and related documentation. | Joe Lasher | 1.90 | 460.00 | 874.00 |
| 06/07/18 | Call with parties; discussion with Judge Jones and Joe Gracely. | Rita Maxwell | 0.30 | 770.00 | 231.00 |
| 06/08/18 | Review and analyze loans and related documentation. | Andrea Broyles | 2.00 | 590.00 | 1,180.00 |
| 06/08/18 | Reviewed loans for breach of Guidelines Warranty regarding excessive and improperly calculated DTI and LTV ratios, and whether breached resulted in MAE to Certificateholders. | Josh Freda | 1.90 | 425.00 | 807.50 |
| 06/08/18 | Coordinate regarding loan review assignments. | Joe W. Gracely | 0.40 | 575.00 | 230.00 |
| 06/11/18 | Review and analyze loans and related documentation. | Andrea Broyles | 9.50 | 590.00 | 5,605.00 |
| 06/11/18 | Coordinate regarding loan review assignments. | Joe W. Gracely | 0.40 | 575.00 | 230.00 |
| 06/11/18 | Review and analyze loan materials. | Laura Hang | 0.40 | 580.00 | 232.00 |
| 06/11/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 2.00 | 505.00 | 1,010.00 |
| 06/12/18 | Review and analyze loans. | Grace E. Condro | 2.60 | 515.00 | 1,339.00 |
| 06/12/18 | Coordinate regarding loan review assignments. | Joe W. Gracely | 0.30 | 575.00 | 172.50 |
| 06/12/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 1.10 | 505.00 | 555.50 |

# BRACEWELL

Page 3

Client: United States District Court (SDNY)

July 16, 2018
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/13/18 | Review and analyze loan materials. | Laura Hang | 3.50 | 580.00 | 2,030.00 |
| 06/13/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 3.20 | 505.00 | 1,616.00 |
| 06/14/18 | Coordinate regarding loan review assignments. | Joe W. Gracely | 0.10 | 575.00 | 57.50 |
| 06/14/18 | Email re: scheduling. | Rita Maxwell | 0.10 | 770.00 | 77.00 |
| 06/14/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 0.80 | 505.00 | 404.00 |
| 06/15/18 | Review and analyze loans and related documentation. | Andrea Broyles | 2.30 | 590.00 | 1,357.00 |
| 06/15/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 1.00 | 505.00 | 505.00 |
| 06/18/18 | Review and analyze loans and related documentation. | Andrea Broyles | 1.50 | 590.00 | 885.00 |
| 06/18/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 3.50 | 505.00 | 1,767.50 |
| 06/19/18 | Prepare submission to court requesting approval of invoice; electronically file and docket letter to Judge Castel; confirm compliance with applicable rules. | Hayley Allis | 0.50 | 300.00 | 150.00 |
| 06/19/18 | Attend teleconferences with parties regarding status; conference with Judge Jones and R Maxwell regarding same. | Joe W. Gracely | 1.10 | 575.00 | 632.50 |
| 06/19/18 | Conduct telephone conference; follow-up discussions. | Barbara Jones | 1.50 | 1,095.00 | 1,642.50 |
| 06/19/18 | Calls with parties re: status; discussions with Judge Jones and Joe Gracely re: same. | Rita Maxwell | 1.50 | 770.00 | 1,155.00 |
| 06/19/18 | Reviewing batch 9 loans for breach of guidelines warranty. | Douglas F. Monkhouse | 4.30 | 505.00 | 2,171.50 |
| 06/20/18 | Teleconference with plaintiff regarding status; conference with Judge Jones and R Maxwell regarding same. | Joe W. Gracely | 0.40 | 575.00 | 230.00 |
| 06/20/18 | Confer with team and conduct conference call with plaintiffs. | Barbara Jones | 0.50 | 1,095.00 | 547.50 |

# BRACEWELL

Page 4

Client: United States District Court (SDNY)

July 16, 2018
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/18 | Call with plaintiff re: status; discussions with Judge Jones and Joe Gracely. | Rita Maxwell | 0.50 | 770.00 | 385.00 |
| 06/21/18 | Teleconferences with parties regarding status; conference with Judge Jones and R Maxwell regarding same; conference with R Maxwell regarding loan submission schedule; attention to same; coordinate regarding loan review assignments. | Joe W. Gracely | 2.40 | 575.00 | 1,380.00 |
| 06/21/18 | Confer with team; conference with plaintiffs; conference with defendants. | Barbara Jones | 1.00 | 1,095.00 | 1,095.00 |
| 06/21/18 | Call with defendant re: status; discussions with Judge Jones and Joe Gracely; call with plaintiff re: status. | Rita Maxwell | 1.80 | 770.00 | 1,386.00 |
| 06/22/18 | Prepare for conference with the parties; attend conference with the parties. | Joe W. Gracely | 4.30 | 575.00 | 2,472.50 |
| 06/22/18 | Conference. | Barbara Jones | 3.00 | 1,095.00 | 3,285.00 |
| 06/22/18 | Prepare for and attend conference with parties. | Rita Maxwell | 3.80 | 770.00 | 2,926.00 |
| 06/26/18 | Conferences with parties. | Barbara Jones | 1.50 | 1,095.00 | 1,642.50 |
| 06/27/18 | Review and analyze loans and related documentation. | Andrea Broyles | 6.00 | 590.00 | 3,540.00 |
| 06/27/18 | Telephone conference with parties. | Barbara Jones | 0.50 | 1,095.00 | 547.50 |
| 06/28/18 | Review and analyze loans and related documentation. | Andrea Broyles | 6.30 | 590.00 | 3,717.00 |
| 06/28/18 | Conference with Judge Jones and R Maxwell regarding status; calls with parties regarding same; preparation for same. | Joe W. Gracely | 3.30 | 575.00 | 1,897.50 |
| 06/28/18 | Telephone conferences with parties; confer with R Maxwell and J Gracely. | Barbara Jones | 2.00 | 1,095.00 | 2,190.00 |
| 06/28/18 | Calls with parties; discussions with Judge Jones and Joe Gracely; prepare materials for calls. | Rita Maxwell | 3.50 | 770.00 | 2,695.00 |

# BRACEWELL

Page 5

Client: United States District Court (SDNY)

July 16, 2018
Invoice Number: eBill

| Date | Description | Timekeeper | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/29/18 | Confer with parties. | Barbara Jones | 1.00 | 1,095.00 | 1,095.00 |
| **Total Fees:** | | | | | **$ 78,655.00** |

## Summary of Fees

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Hayley Allis | Paralegal | 0.50 | 300.00 | 150.00 |
| Andrea Broyles | Associate | 44.40 | 590.00 | 26,196.00 |
| Grace E. Condro | Associate | 2.60 | 515.00 | 1,339.00 |
| Josh Freda | Associate | 6.60 | 425.00 | 2,805.00 |
| Joe W. Gracely | Associate | 14.90 | 575.00 | 8,567.50 |
| Laura Hang | Associate | 7.70 | 580.00 | 4,466.00 |
| Barbara Jones | Partner | 12.90 | 1,095.00 | 14,125.50 |
| Joe Lasher | Associate | 2.70 | 460.00 | 1,242.00 |
| Rita Maxwell | Associate | 13.60 | 770.00 | 10,472.00 |
| Douglas F. Monkhouse | Associate | 18.40 | 505.00 | 9,292.00 |
| **Total Summary of Fees** | | **124.30** | | **$ 78,655.00** |

## Expense Detail

| Date | Cost | Description | Amount |
|---|---|---|---|
| 05/01/18 | Supplies | Binding 2018-05-01 Douglas F. Monkhouse Coil Binding | $1.35 |
| 06/27/18 | Staff Service | Staff Service 2018-06-27 Kelley A. Raphael | $21.38 |
| **Total Expenses** | | | **$22.73** |

# BRACEWELL

**Page** 6

Client: United States District Court (SDNY)　　　　　　　　　　　　　　　　　　　　　　　July 16, 2018
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Invoice Number: eBill

**Total Fees, Expenses and Charges**　　　　　　　　　　　　　　　　　　　　　　　　**$ 78,677.73**

# BRACEWELL

## REMITTANCE PAGE

Client: United States District Court (SDNY)  
Matter: Lead Master in the matter of U.S. Bank, et al. v. UBS  
Matter No:  0051167.000002

July 16, 2018  
Invoice Number: eBill

| | |
|---|---:|
| Total Fees | $78,655.00 |
| Total Expenses | $22.73 |
| Total Fees, Expenses and Charges | $78,677.73 |
| **Total Current Billing for this Matter** | **$78,677.73** |
| Balance Forward | $539,133.64 |
| **Please Remit Total Balance Due** | **$617,811.37** |

### PLEASE RETURN THIS REMITTANCE PAGE WITH YOUR PAYMENT

**Wire Transfer Information**  
Wire to: BANK OF AMERICA  901 Main Street  Dallas, Texas  
Name on Account: Bracewell LLP  

For International Wires Also Include: Swift Code **(U.S. Funds): BOFAUS3N;**  Swift Code  **(Foreign Funds): BOFAUS6S**  
Please include the invoice number as a reference when sending the wire. **\*\*eBill\*\***

**Check Information**  
Bracewell LLP  
P.O. Box 848566  
Dallas, TX 75284-8566  
713-223-2300  

**Credit Card Information**  
https://www.e-billexpress.com/ebpp/Bracewell/

---

Bracewell LLP     1251 Avenue of the Americas, 49th Floor New York, New York 10020-1100     bracewell.com

AUSTIN        CONNECTICUT        DALLAS        DUBAI        HOUSTON        LONDON        NEW YORK        SAN ANTONIO        SEATTLE        WASHINGTON, DC