| | | |
|---|---|---|
| RICHARD H. KYLE, JR.<br>JUDGE OF DISTRICT COURT |  | RAMSEY COUNTY COURTHOUSE<br>15 KELLOGG BLVD. W.<br>SAINT PAUL, MN 55102<br><br>TELEPHONE 651-266-8468 |

## STATE OF MINNESOTA

Mark G. Schroeder
80 South 8th St.
2200 IDS Center
Minneapolis, MN 55102

Re: In the Matter of the MASTR Adjustable Rate Mortgages Trust 2006-OA2, MASTR Adjustable Rate Mortgages Trust 2007-1, MASTR Adjustable Rate Mortgages Trust 2007-3, Case No. 62-TR-CV-18-35

Dear Mr. Schroeder:

I received your letter dated December 7, 2018 requesting the court to shorten the discovery schedule. I understand your desire and Judge Castel's desire to wrap up your case and appreciate that the Ramsey County case and objections by beneficiaries to the Trustee receiving authority to settle your case is slowing things down. I too would like this case to be handled as expeditiously as possible. Unfortunately, the scheduling order that I issued is the best I can do considering many factors surrounding the discovery needed, the parties and my schedule. So while I would like to grant your wish, at this time it appears the current scheduling order is the best that I can do.

Very truly yours,

Richard H. Kyle Jr.

*/s/ Richard Kyle*

cc: All Counsel of Record