UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
U.S. BANK NATIONAL ASSOCIATION,     :
solely in its capacity as Trustee of MASTR    :
ADJUSTABLE RATE MORTGAGES TRUST    :
2006-OA2, MASTR ADJUSTABLE RATE    :
MORTGAGES TRUST 2007-1, AND MASTR   :  12-cv-7322 (PKC)
ADJUSTABLE RATE MORTGAGES TRUST    :
2007-3,    :
    :
                Plaintiff,    :
    :
       - against -    :
    :
UBS REAL ESTATE SECURITIES INC.,    :
    :
            Defendant.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE SUBJECT TO RETENTION OF JURISDICTION

WHEREAS Plaintiff U.S. Bank National Association (the "Trustee"), solely in its

capacity as Trustee of MASTR Adjustable Rate Mortgages Trust 2006-OA2, MASTR

Adjustable Rate Mortgages Trust 2007-1, and MASTR Adjustable Rate Mortgages Trust 2007-3,

and Defendant UBS Real Estate Securities Inc. ("UBS RESI") have reached a settlement

disposing of all claims asserted in the above-captioned action (the "Agreement"), attached as

Exhibit 1;

WHEREAS, following Final Settlement Court Approval, UBS RESI has made the

Payment in full to the Trustee (as each capitalized term is defined in the Agreement);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between

the parties, through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure

41(a)(1), this action shall be, and hereby is, dismissed with prejudice, with each party to bear its

own costs, provided, however, that the Court shall retain jurisdiction over this action and the

parties for purposes of enforcing the terms of the Agreement, including in the event the Trustee seeks entry of the Consent Judgment pursuant to Section 9 of the Agreement.

DATED: April 2 , 2020
New York, New York

SELENDY & GAY PLLC

Sean P. Baldwin
David L. Elsberg
Andrew R. Dunlap
1290 Avenue of the Americas
New York, NY 10014
Phone: (212) 390-9000

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

Scott D. Musoff
Robert A. Fumerton
Alexander C. Drylewski
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000

Charles F. Smith
Lara A. Flath
155 N. Wacker Drive
Chicago, IL 60606
Phone: (312) 407-0700

*Attorneys for U.S. Bank National Association*

*Attorneys for UBS Real Estate Securities Inc.*

SO ORDERED this 29th day of April , 2020

_____
U.S.D.J.